IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ali Partovi, ) | No. CIV 03-1098-PHX-EHC (JM) |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Alberto Gonzales, United States Attorney ) General; Michael Chertoff, Secretary of ) the Department of Homeland Security, ) | |
| ) | |
| Respondents. ) | |

On June 6, 2003, Petitioner filed a Petition for Writ of Habeas Corpus. (Dkt. 1). On June 2, 2004, Petitioner filed an Amended Petition for Writ of Habeas Corpus (Dkt. 35), to which Respondents filed a Response on February 28, 2005 (Dkt. 40). On August 25, 2005, Respondents filed a Motion to Transfer. (Dkt. 41). On September 7, 2005, Petitioner filed a Motion for Release. (Dkt. 42). On September 13, 2005, Respondents filed a Motion to Withdraw the Motion to Transfer with Regard to Petitioner's Continued Detention. (Dkt. 43). On October 18, 2005, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation. (Dkt. 48). Petitioner has not filed an Objection.

A district court judge reviews *de novo* the Report and Recommendation of a Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C).

The Court having reviewed the record *de novo*, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

1  Accordingly,

2  **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is
3  adopted in full. (Dkt. 48).

4  **IT IS FURTHER ORDERED** that the Petitioner's Amended Petition for a Writ of
5  Habeas Corpus is **DENIED**. (Dkt. 35).

6  **IT IS FURTHER ORDERED** that Respondents' Motion to Transfer is **GRANTED**
7  (Dkt. 41) as it relates to a review of the order of removal.

8  **IT IS FURTHER ORDERED** that this case is **TRANSFERRED** to the United States
9  Court of Appeal for the Ninth Circuit insofar as it relates to a review of the order of
10 removal.

11 **IT IS FURTHER ORDERED** that Respondents' Motion to Withdraw the Motion to
12 Transfer with Regard to Petitioner's Continued Detention (Dkt. 43) is **GRANTED**.

13 **IT IS FURTHER ORDERED** that Petitioner's Motion for Release is **DENIED**. (Dkt.
14 42).

15 DATED this 8th day of December, 2005.

*(signature)*
Earl H. Carroll
United States District Judge